**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BRUNSON ROBERTS,**                                                                       **PLAINTIFF**
**ADC #127841**

**CASE NO. 3:20-CV-391-KGB-BD**

**DEXTER PAYNE,** *et al.*                                                             **DEFENDANTS**

**ORDER**

Plaintiff Brunson Roberts, who is currently held at the Grimes Unit of the Arkansas Division of Correction, filed this civil rights lawsuit without the help of a lawyer. (Doc. No. 2) Mr. Roberts filed a complaint, but there were deficiencies with his initial complaint. (Doc. Nos. 2, 4) Mr. Roberts has now filed an amended complaint. (Doc. No. 6) For screening purposes, Mr. Roberts has stated retaliation claims against Defendants Ramsey, Harmon, Lt. Baker, Cpl. Wilson, and Cpl. Morlton, and corrective-inaction claims against Defendants Payne, Straughn, Young, and Page.[1] (Doc. Nos. 2, 6) Accordingly, service on those claims is appropriate. The Clerk of Court should add Lt. Baker, Cp. Wilson and Cpl. Morlton as Defendants.

The Clerk of Court is directed to prepare summonses for Defendants Ramsey, Harmon, Baker, Wilson, Morlton, Payne, Straughn, Young, and Page. The Marshal is directed to serve these Defendants with summonses and copies of the complaint, with any attachments (Doc. Nos. 2), the amended complaint (Doc. No. 6), without requiring

---

[1] All other claims are discussed in a separate recommendation.

prepayment of fees and costs or security. Service for the Defendants should be attempted through the Arkansas Division of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

    IT IS SO ORDERED, this 6th day of January, 2021.

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE