# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRUNSON ROBERTS,**                                                     **PLAINTIFF**
**ADC #127841**

### NO. 3:20-cv-00391-KGB-ERE

**DEXTER PAYNE,** *et al.*                                                **DEFENDANTS**

### ORDER

Pending before the Court are Plaintiff Brunson Roberts' motion for status update, request for legal documents, and motion for copies. *Docs. 54, 55, 56*. This Order addresses those motions and also lifts the discovery stay and sets deadlines for completing discovery and filing merits summary judgment motions.

    **A.**     **Motion for Status Update**

Plaintiff requests a file marked copy of all the documents filed in this lawsuit. *Doc. 54*. This request is denied as too voluminous. The Court will provide Plaintiff a copy of the docket sheet and he can request specific documents. Plaintiff also asks why the stay has not been lifted and a scheduling order has not been issued. On May 26, 2021, the Court entered a partial recommendation on the issue of exhaustion. *Doc. 51*. The district court has not yet ruled on the partial recommendation. However, the Court will issue a scheduling order.

### B. Scheduling Order

With regard to Plaintiff's remaining claims against Defendants Payne, Page, Ramsey, Harmon, Young, Baker, Wilson, and Morton, the stay of discovery is now lifted, and the parties have until **November 26, 2021** to complete discovery. Any party seeking summary judgment on the merits must file a motion by **December 26, 2021**.[1]

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), Defendants are granted permission to depose Plaintiff if they so choose.

### C. Request for Legal Documents

Plaintiff asks the Court to inspect some legal documents that he alleges the ADC mailroom is holding so that he cannot file them with the state court. *Doc. 55*. In this case, Plaintiff is proceeding with retaliation and corrective-inaction claims. *Doc. 8*. Plaintiff's pending motion relates to his effort to file a separate action in state court. This motion is denied.

### D. Motion for Copies

Plaintiff again asks for a copy of all document filed in this lawsuit, explaining that his documents have been destroyed by state officials. *Doc. 56*. As explained above, this request is denied as too voluminous. After Plaintiff has had an

---

[1] If this case proceeds to trial, a final scheduling order will be scheduled at the appropriate time.

opportunity to look at the docket sheet, he can request specific documents.

   IT IS THEREFORE ORDERED THAT:

   1. Plaintiff Brunson Roberts' motion for a status update (*Doc. 54*) is DENIED, in part, and GRANTED, in part.

   2. The Clerk of the Court is directed to send Plaintiff a copy of the docket sheet.

   3. Plaintiff's request for legal documents (*Doc. 55*) is DENIED.

   4. Plaintiff's request for copies (*Doc. 56*) is DENIED.

   IT IS SO ORDERED this 27th day of July, 2021.

                _____
                UNITED STATES MAGISTRATE JUDGE