IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRUNSON ROBERTS,**  **PLAINTIFF**
**ADC #127841**

v.  Case No. 3:20-cv-391-KGB-BD

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

**ORDER**

The Court has received a Partial Recommended Disposition filed by Magistrate Judge Beth Deere (Dkt. No. 30). No party has filed objections, and the time to do so has passed. After careful review of the Partial Recommended Disposition, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Accordingly, the Court grants Mr. Roberts' motion for preservation of video recordings and directs the Clerk of Court to send a copy of this Order to the Warden of the Grimes Unit of the Arkansas Department of Correction reminding him of the duty to preserve all evidence that might be relevant to the issues in this lawsuit, including the requested video footage (Dkt. No. 5). The Court denies Mr. Roberts' motions for preliminary injunctive relief against non-parties (Dkt. Nos. 7, 12). The Court denies as moot Mr. Roberts' motion for status (Dkt. No. 9).

So ordered this 6th day of August, 2021.

_____
Kristine G. Baker
United States District Judge