IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRUNSON ROBERTS,**     **PLAINTIFF**
ADC #127841

v.     Case No. 3:20-cv-391-KGB-BD

**DEXTER PAYNE,** *et al.*     **DEFENDANTS**

<u>**ORDER**</u>

    The Court has received a Partial Recommended Disposition filed by Magistrate Judge Beth Deere (Dkt. No. 31). No party has filed objections, and the time to do so has passed. After careful review, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. Accordingly, the Court dismisses without prejudice plaintiff Brunson Roberts's claims regarding insufficient security at the Grimes Unit.

    So ordered this 6th day of August, 2021.

                                                             Kristine G. Baker
                                                             United States District Judge