# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**BRUNSON ROBERTS**                                                            **PLAINTIFF**
**ADC #127841**

NO. 3:20-cv-00391-KGB-ERE

**DEXTER PAYNE,** *et al.*                                           **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Brunson Roberts' motion to remove a page from a filing. The motion is GRANTED IN PART and DENIED IN PART. By Monday, February 7, 2022, Defendants must provide the Clerk of the Court with a copy of page 22 of *Doc. 82-1* with Mr. Roberts' birth date and social security number redacted. The Clerk is directed to substitute the redacted version for the one currently on file.

IT IS SO ORDERED this 31st day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE