# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRUNSON ROBERTS**  **PLAINTIFF**
**ADC #127841**

NO. 3:20-cv-00391-KGB-ERE

**DEXTER PAYNE**, *et al.*  **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Brunson Roberts' motion to compel *(Doc. 85)* and Defendants' motion to dismiss *(Doc. 82)*. Having reviewed the motions and responses, the Court believes that a telephone conference would be the most efficient way address the issues.

Accordingly, the Court will have a hearing on these two motions on Wednesday, February 9, 2022 at 10 a.m. Plaintiff will appear by video from the Maximum Security Unit of the ADC by Justice Bridge. The ADC must have Plaintiff available for the hearing 15 minutes before it starts. All other participants must appear in person in courtroom B389.

IT IS SO ORDERED this 31st day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE