### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**BRUNSON ROBERTS**                                                    **PLAINTIFF**
**ADC #127841**

#### NO. 3:20-cv-00391-KGB-ERE

**DEXTER PAYNE,** *et al.*                                          **DEFENDANTS**

#### ORDER EXTENDING DISCOVERY AND MOTION DEADLINES

The Court held a hearing today to resolve the pending discovery issues in this case. As stated on the record, the parties must respond to the outstanding written discovery requests by March 3, 2022. After written discovery is complete, Defendants may depose Mr. Roberts. No later than one week before his deposition, Defendants must allow Mr. Roberts the opportunity to review any responsive documents or preserved video evidence.

IT IS THEREFORE ORDERED THAT:

1.    Defendants' Motion to Dismiss (*Doc. 82*) is DENIED.

2.    Plaintiff Brunson Roberts' Motion to Compel (*Doc. 85*) is GRANTED.

3.    Mr. Roberts' Motion to Strike (*Doc. 85*) is WITHDRAWN, as moot.

4.    The parties have until March 3, 2022, to respond to the outstanding written discovery and until April 15, 2022 to complete depositions. Any dispositive motions for summary judgment must be filed by April 20, 2022.

IT IS SO ORDERED this 9th day of February, 2022.

_____

UNITED STATES MAGISTRATE JUDGE