# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRUNSON ROBERTS**  **PLAINTIFF**
**ADC #127841**

**NO. 3:20-cv-00391-KGB-ERE**

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Brunson Roberts' motion (*Doc. 108*), seeking *in camera* inspection of evidence "to understand the exigent circumstances dealing with complicit actions of ADC officials causing Plaintiff irreparable harm."[1] *Doc. 108*. With his motion, Mr. Roberts continues his pursuit of relief for alleged retaliatory conduct that occurred *after* he filed this lawsuit. The Court has repeatedly advised Mr. Robert that he must raise such claims, which "are separate and distinct from the claims in this lawsuit," in a *new, separate* § 1983 Complaint filed *after* he has fully exhausted (or attempted to exhaust) any available administrative remedies. See *Docs. 51, 59, 73*.

Once again, the Court advises Mr. Roberts that this lawsuit is *not* a forum

---

[1] Mr. Roberts is proceeding on claims that while he was held at the Grimes Unit: (1) Defendants Raylina Ramsey, Zackery Harmon, Clinton Baker, Nicholas Wilson, Jasmina Morton, and Joe Page retaliated against him from September to October of 2020 for filing a grievance in May of 2020 complaining that ADC officials failed to protect him; and (2) Defendants Dexter Payne, Lewis Young, and Joe Page failed to take any corrective action regarding the alleged retaliation. *Docs. 2, 6, 8*.

where he may seek relief or court intervention for anything that happens to him in prison that he believes is unfair.

IT IS THEREFORE ORDERED THAT Plaintiff Brunson Roberts' motion for *in camera* inspection of evidence (*Doc. 108*) is DENIED.

DATED this 17th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE