IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRUNSON ROBERTS**                                                                 **PLAINTIFF**
**ADC #127841**

NO. 3:20-cv-00391-KGB-ERE

**DEXTER PAYNE**, *et al.*                                                           **DEFENDANTS**

## ORDER

Pending before the Court is Defendants' motion to extend the dispositive motion deadline of April 20, 2022. *Doc. 117*. Defendants explain they need additional time to receive and review the transcript from the April 7, 2022 deposition.

For good cause, Defendants' motion (*Doc. 117*) is GRANTED. The parties have up to and including **May 4, 2022**, to file a motion for summary judgment on the merits.

IT IS SO ORDERED this 7th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE