IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRUNSON ROBERTS**                                                                                        **PLAINTIFF**

v.                                           **Case No. 3:20-cv-00391 KGB**

**DEXTER PAYNE,** *et al.*                                                                   **DEFENDANTS**

### ORDER

On April 11, 2022, defendants inadvertently filed an exhibit to their response to plaintiff's motion for sanctions that contained sensitive information (Dkt. No. 111). The Clerk is directed to remove the document containing sensitive information and replace it with the corrected redacted document.

It is so ordered this 13th day of April 2022.

*[signature]*
Kristine G. Baker
United States District Judge