IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRUNSON ROBERTS**                                        **PLAINTIFF**
**ADC #127841**

NO. 3:20-cv-00391-KGB-ERE

**DEXTER PAYNE,** *et al.*                                   **DEFENDANTS**

## ORDER

The May 10, 2022 hearing is cancelled due to a last-minute conflict. The hearing is rescheduled for 9:30 a.m., Tuesday, May 24, 2022.

Defendants' motion to dismiss for failure to participate in discovery (*Doc. 126*) is DENIED. The medical release, while narrowed in time, still appears too broad, so Mr. Roberts is justified in not signing it.

Again, the Court will conduct a hearing on Tuesday, May 24 at 9:30 a.m. to address the discovery disputes in this case. Mr. Roberts will appear by video from the Maximum Security Unit of the Arkansas Division of Correction (ADC) by Justice Bridge. The ADC must have Mr. Roberts available for the hearing 15 minutes before it starts. All other participants must appear in person in courtroom B389.

IT IS SO ORDERED this 9th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE