IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRUNSON ROBERTS** **PLAINTIFF**
**ADC #127841**

NO. 3:20-cv-00391-KGB-ERE

**DEXTER PAYNE,** *et al.* **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Brunson Roberts' motion for extension of time to file objections to this Court's June 7, 2022 Order. *Doc. 144*. Mr. Roberts requests 30 days to allow him to research potential legal issues.

IT IS THEREFORE ORDERED THAT:

1. Mr. Roberts' motion (*Doc. 144*) is GRANTED, in part, and DENIED, in part.

2. Mr. Roberts may have until June 27, 2022, to file a motion to reconsider the Court's June 7, 2022 Order.[1]

Dated this 13th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Because the Order is not a Recommendation, Mr. Roberts has no right to file objections. However, the Court will consider a properly supported motion to reconsider.