IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRUNSON ROBERTS**                                            **PLAINTIFF**

V.                     NO. 3:20-cv-00391-KGB-ERE

**DEXTER PAYNE,** *et al.*                                  **DEFENDANTS**

## ORDER

Pending before the Court are two motions filed by Plaintiff Brunson Roberts: (1) a motion for extension of time; and (2) a motion for copies. *Docs. 163, 164*.

In his motion for extension of time, Mr. Roberts seeks additional time to respond to Defendants' motion for summary judgment. In his motion for copies, Mr. Roberts requests that the Court provide him a copy of this Court's Local Rules.

IT IS HEREBY ORDERED THAT:

1. Mr. Roberts' motion for extension of time (*Doc. 163*) is GRANTED.

2. Mr. Roberts' response to Defendants' motion for summary judgment is now due by **October 14, 2022**.

3. Mr. Roberts' motion for copies (*Doc. 164*) is GRANTED, in part, and DENIED, in part.

4. The Clerk is instructed to provide Mr. Roberts, along with this Order, a copy of Local Rule 56.1.

Dated this 30th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE