# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRUNSON ROBERTS**                                                                                      **PLAINTIFF**

**v.**                                              **Case No. 3:20-cv-00391 KGB**

**DEXTER PAYNE,** *et al.*                                                                           **DEFENDANTS**

## ORDER

Before the Court is Brunson Roberts's second motion for extension of time to file objections (Dkt. No. 173). The Court observes that Mr. Roberts dated his motion to the Court on December 19, 2022, but that his filing was not entered until February 3, 2023. On January 13, 2023, the Court granted Mr. Roberts' motion for extension of time and extended until February 13, 2023, the deadline to file objections to United States Magistrate Judge Edie R. Ervin's Recommended Disposition (Dkt. No. 169). The February 13, 2023, extended deadline has not expired.

In his current filing, Mr. Roberts asserts that he needs to retrieve other documents for his objections and seeks an enlargement of 30 days to file his objections (Dkt. No. 173). For good cause shown, the Court grants Mr. Roberts' second motion (*Id.*). The Court extends to March 9, 2023, Mr. Roberts's deadline for filing objections. Further, the Clerk of Court is directed to send to Mr. Roberts a copy of Docket Numbers 169 and 173, along with a copy of the docket sheet in this matter.

It is so ordered this 7th day of February, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge