IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRUNSON ROBERTS**                                                                                    **PLAINTIFF**

v.                                        Case No. 3:20-cv-00391 KGB-ERE

**DEXTER PAYNE,** *et al.*                                                                          **DEFENDANTS**

**ORDER**

Before the Court is a Recommended Disposition filed by United States Magistrate Judge Edie R. Ervin (Dkt. No. 167).  Plaintiff Brunson Roberts has not filed any objections to the Recommended Disposition, and the time for filing objections has passed.  Judge Ervin issued the Recommended Disposition on December 8, 2023 (Dkt. No. 168).  On Mr. Roberts' motion, the Court has twice extended the deadline for filing objections to the Recommended Disposition (Dkt. Nos. 169, 174).  After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's findings in all respects (*Id.*).

Although the Court denies the motion for summary judgment to the extent defendants assert that Mr. Roberts' retaliation claims against defendants Clinton Baker, Zackery Harmon, Jasmina Morton, Raylina Ramsey and Nicholas Wilson must be dismissed because Mr. Roberts has not exhausted his administrative remedies, the Court grants the motion for summary judgment in all other respects.  Accordingly, the Court grants defendants Clinton Baker, Zackery Harmon, Jasmina Morton, Joe Page, Dexter Payne, Raylina Ramsey, Nicholas Wilson, and Lewis Young's motion for summary judgment (Dkt. No. 150).  The Court dismisses with prejudice Mr. Roberts' claims against defendants Baker, Harmon, Morton, Page, Payne, Ramsey, Wilson, and Young, and the Court dismisses with prejudice defendants Baker, Harmon, Morton, Page, Payne, Ramsey,

Wilson, and Young as parties from this case.  The Court certifies pursuant to 28 U.S.C. § 1915(a) that an *in forma pauperis* appeal taken from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 10th day of March, 2023.

_____
Kristine G. Baker
United States District Judge