# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRUNSON ROBERTS**                                                                                          **PLAINTIFF**

**v.**                                  **Case No. 3:20-cv-00391 KGB-ERE**

**DEXTER PAYNE,** *et al.*                                                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date and the Court's prior Orders, it is considered, ordered, and adjudged that plaintiff Brunson Roberts' claims are dismissed. The relief sought is denied, and this case is closed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 10 day of March, 2023.

_____
Kristine G. Baker
United States District Judge